UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

LENNOX DAVID
AKA RENWICK WILLIAMS
AKA LENOX DAVIS ARREST
 #K00041175    plaintiff

           v.

THE CITY OF NEW YORK et al,.
79 PRECINCT N.Y.P.D.
JOHN DOE SARGE.
OFFICER MARIBEL ROMAN
# 05530, TAX ID 89977200
         DEFENDANTS

CV-03 5882

BLOCK, J.

BLOOM, M.

MOTION FOR PERMISSION
TO FILE A LATE CLAIM



---------------------------------X

STATE OF NEW YORK
COUNTY OF JEFFERSON
TO THE CLERK OF THE U.S. DIST. COURT.
EASTERN DISTRICT OF NEW YORK

I LENNOX DAVID AKA RENWICK WILLIAMS AKA LENOX DAVIS,
Requesting Permission of the Court to file the attached claim against
the City of New York ,pursuant to the provisions of §10(6) of the United
States Dist. Court ,act for filing late claim . In support of my motion for
permission to this claim . I respectfully submit that:

1) The incident underlying this claim occurred on 4/30/00.
under the provision of acticle two of the Civil Practice Law and Rules,
I would not be barred from asserting a claim against a citizen of the
State.

2) The delay in filing this claim is excuseable because , I was trying to.
obtain these documents from the District Attorney's Kings County
Renaissance Plaza, at 350 Jay street. From since 2000. And they never
responded ,and I not a Lawyer ,at the time I had on access to Profess-
ional legal Counsel nor did I get the right information from the prison
Law Library, during the Statutory period for filing because the law clerks

wanted to be paid and I did not have any money to pay them at the time.

3. THE CITY had notice of the essential facts constituing the claim because I wrote to BROOKLYN SUPREME COURT and asked about obtaining the documents and they wrote in responsed that I need to contact the OFFICE OF THE DISTRICT ATTORNEY, to obtain the paperwork so I did and got no reply for a year..

4. I haved tryed all of my avalable remedies and now I have no other remedy is avalable at this time.

Sworn to before me on this day 22nd October 2002

PATRICK O. AUGUSTUS
Notary Public, State of New York
Reg.# 01AU6048998
Commission Expires October 2, 2006

CLAIMANT.

EXECUTED ON 22nd October 2002.

**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**
RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

**CHARLES J. HYNES**
*District Attorney*

January 3, 2002

Mr. Renwick Williams
Inmate Number 01-R-1553
Cape Vincent Correctional Facility
Rt. 12E, Box 599
Cape Vincent, New York 13618

Re: FOIL Request
People v. Williams (a.k.a. Lenox Davis)
Kings County Arrest
Number K00041175

Dear Mr. Williams,

Your letter of December 27, 2000 was received by this office and has been deemed to be a request for records pursuant to New York States Freedom of Information Law (FOIL)[Public Officers Law §§84-89]. Please be advised that we have no record of ever receiving your alleged letter of October 2, 2001 and, therefore, this matter will be treated as a new request. Unfortunately, there is no assistance we can offer you at this time.

According to this agency's Case Tracking Program, there is "No Public Record" for Arrest Number K00041175. Thus, all records relating to this arrest are sealed pursuant to Criminal Procedure Law § 160.50, and, accordingly, all requests for access to these records must be denied. See Public Officers Law § 87(2)(a).

In order for you to obtain copies of these records pursuant to the Freedom of Information Law, you must first submit to this agency a signed, noterized letter affirming that you are, in fact, the individual arrested under the above referenced Arrest Number, and that you authorize this agency to copy and make these records available to you pursuant to Criminal Procedure Law § 160.50 (1)(d). Such notarized authorization should be sent to my attention, care of the FOIL Unit, at the above address. Upon receipt of such notarized authorization, your request will be reprocessed.

You may appeal these determinations within thirty days of the date of this letter by contacting Sholom Twersky, Esq., Morgan Dennehy, Esq., or Phyllis Mintz, Esq., FOIL Appeals Officers, at the above address.

Very truly yours,

Douglas O'Connell
Paralegal, Appeals Bureau and
Records Access Officer

9 / 26/02.

RENWICK WILLIAMS AKA LENOX DAVIS 01R1553
CAPE VINCENT CORRECTIONAL FACILITY
ROUTE 12 E CAPE VINCENT NEW YORK 13618/739.

AFFIDAVIT/AFFIRMATION

TO MR.DOUGLAS O'CONNELL
OFFICE OF THE DISTRICT ATTORNEY
KINGS COUNTY RENAISSANCE PLAZA,
AT 350 JAY STREET BROOKLYN  N.Y. 11201-2908

Dear MR.O'CONNELL,
    I RENWICK WILLIAMS AKA LENOX DAVIS IS THE SAME INDIVIDUAL THAT WAS ARRESTED UNDER THE NAME LENOX DAVIS ON 4/30/00. Arrest number K00041175 that took place by Officer Roman in Brooklyn at the 79 Precinct District - Charge 220.39 and that I had already sent you all a F.O.I.L. Request that was notarized and you all never answered my request, and stated that without the proper authorization I won't receive the copies that I've requested. But I did what was required and you all still haven't sent me the documents that I've requested under the Freedom of Information Act, (5 U.S.C. § 552 (a) and the Public Law §§ 84 thru 90. I hereby request that all of these records be send to me within 10 working days.

Wherefore I respectfully request that I Renwick Williams aka Lenox davis be granted these records .

Sworn  before me on this day  9/26  2002.

_____
KEVIN H. FRASHER
Notary Public, State of New York
Qual. in Jefferson Co. No. 01FR5065904
My Commission Expires 10/7/02

Renwick Williams

I Declare under the penalty of prejury that the foregoing is true and correct.



CRIMINAL COURT OF THE CITY OF NEW YORK
120 SCHERMERHORN STREET
BROOKLYN, N.Y. 11201

# 343

DATE 9/24/2001

LAST NAME: Davis

FIRST NAME: Lenox

D.O.B: 8/3/1957

A.K.A (IF ANY): _____

CC# SS363349R    arrest# K00041175    arrest date 4/30/2000

This Court control/Arrest Number is identified as an "undocketed arrest". For official indentificaton by the District Attorney that "prosecution was declined." Please write to:

    Office of the District Attorney, Kings County
    Renaissance Plaza at 350 Jay Street
    Brooklyn, N.Y. 11201

    Att: Complaint Room Bureau

Your request should include your mailing address and telephone number. Make a copy of this letter and attach the original to your request.

ALL REQUESTS MUST BE MADE IN WRITING, NO WALK-INS, NO EXCEPTIONS.

CENTRAL CLERKS OFFICE



**OFFICE OF THE DISTRICT ATTORNEY KINGS COUNTY**

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

**CHARLES J. HYNES**
*District Attorney*

September 17, 2002

Mr. Renwick Williams
Inmate Number 01-R-1553
Cape Vincent Correctional Facility
Rt. 12E, Box 599
Cape Vincent, New York 13618

        Re: FOIL Request
            People v. Williams (a.k.a. Lenox Davis)
            Kings County Arrest
            Number K00041175

Mr. Williams:

    As you were previously advised, by letter dated January 3, 2002, according to this agency's Case Tracking Program, there is "No Public Record" for Arrest Number K00041175. Thus, all records relating to this arrest are sealed pursuant to Criminal Procedure Law § 160.50, and, accordingly, all requests for access to these records must be denied. See Public Officers Law § 87(2)(a).

    Once again, in order for you to obtain copies of these records pursuant to the Freedom of Information Law, you must first submit to this agency a signed, notarized letter affirming that you are, in fact, the individual arrested under the above referenced Arrest Number, and that you authorize this agency to copy and make these records available to you pursuant to Criminal Procedure Law § 160.50 (1)(d). Such notarized authorization should be sent to my attention, care of the FOIL Unit, at the above address. Upon receipt of such notarized authorization, your request will be reprocessed.

    ***Without proper authorization, you will not receive copies of the requested records, if indeed any are in our possession.***

    Finally, since you did not, in fact, appeal these determinations within thirty days of our last letter (attached), you have thereby forfeit your right to administratively appeal this matter.

                        Very truly yours,

                        Douglas O'Connell
                        Paralegal, Appeals Bureau
                        Records Access Officer

10/2/01.

Renwick Williams 01R1553
Cape Vincent Correctional Facility
Route 12E Cape Vincent 13618.

To whom it may concern,

    I Renwick Williams 01R1553 AKA Lennox Davis got arrested by the 79 Precinct. In Brooklyn on 4/30/00. The arresting Officer is Det. Roman, the Charge is a 220.39. I will like to obtain all the documents concerning this arrest, I need the lab/police reports I already got the disposition from the Courts, the reason I want this information is because I got sick and was taken too the L.I. hospital where I spended four days and then they come and took me to the courts and the Warrant Squad took me too jail on a Warrant, So I need this information about this case that I got arrested on 4/30/00. I hope that by the end of this month. I can findout something about this case, I'm sending you'll a copy of the paperwork that I got from the Courts. I hope that I'll beable to hear something soon because I don't want this or any warrants to show up upon my release from any facility, so I need for you too send me all the information concerning this case as soon as possible.

    Thank You

    Sincerely
    Renwick Williams 01R1553
AKA Lenox Davis