UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LENOX DAVIS, a.k.a. LENNOX DAVID,
a.k.a. RENWICK WILLIAMS,

        Plaintiff,

-v-

THE CITY OF NEW YORK; 79 PRECINCT
N.Y.P.D.; SERGEANT JOHN DOE; OFFICER
MARIBEL ROMAN #05530,

        Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X

LENOX DAVIS, a.k.a. LENNOX DAVID,
a.k.a. RENWICK WILLIAMS,

        Plaintiff,

-v-

THE CITY OF NEW YORK; 79 PRECINCT
N.Y.P.D.; SERGEANT JOHN DOE; OFFICER
MARIBEL ROMAN #05530,

        Defendants.
-----------------------------------------------------------X

**ORDER AND CIVIL JUDGMENT**
03-CV-5650 (FB)

03-CV-5882 (FB)

BLOCK, United States District Judge,

    Plaintiff, appearing *pro se,* brought these two false arrest claims pursuant to 42 U.S.C. § 1983. The actions were consolidated for the purpose of the Court's January 24, 2004, Memorandum and Order which directed plaintiff to submit an amended complaint within 30 days, by February 26, 2004. Plaintiff was advised that if he failed to submit an amended complaint within the allowed time, the Court would enter a judgment dismissing the complaints. Plaintiff has failed to respond to the Court's order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: that the complaints are hereby dismissed pursuant to 28 U.S.C. § 1915A. The Court certifies pursuant to 28 U.S.C. § 1915 (a) (3) that any appeal from this order and judgment would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

                                                   FREDERIC BLOCK
                                                   United States District Judge

Dated: Brooklyn, New York
       3/11/2004